

IN THE SUPERIOR COURT
OF THE VIRGIN ISLANDS

**FILED**
June 16, 2026 01:45 PM
SX-2026-CV-00193
**TAMARA CHARLES**
**CLERK OF THE COURT**

**SUMMONS**    STT    Duncan

# IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
## District of St. Croix

| | |
|---|---|
| Jeffrey Rainer Davis, | Case Number: SX-2026-CV-00193 |
| Plaintiff | Action: Bad Faith |
| v. | |
| Delta Airlines, INC., | |
| Defendant. | |

**TO:**    Delta Air Lines, Inc., Defendant

**Address:**    c/o Trident Trust Company (VI) Ltd., Resident Agent ⌐340-774-
Waterfront Center, Suite A    Havensight mall→p (Aqua)→p
72 Kronprindsens Gade
Charlotte Amalie, St. Thomas, VI 00803-5304

Within the time limited by law, you are required to appear before this Court and answer the complaint filed against you in this action. If you fail to appear or answer, default judgment may be taken against you as demanded in the complaint.

Witness my hand and the seal of this Court this _9th_ day of _June_, 2026

(Attorney for Plaintiff)

_Tamara Charles_
Clerk of the Court

BY: _____
Court Clerk II

6/16/26 @ 9:59 am Ms Leslie Quetel, Team head
accepted said document. The document was serve
@ the Trident Trust Company located in Havensight.

NOTE: The defendant, if served personally, is required to file his answer or other defense with the Clerk of the Court, and to serve a copy thereof upon the plaintiff within twenty-one (21) days after service of this summons, excluding the date of service. If served by publication or by personal service outside of the jurisdiction, the defendant is required to file his answer or other defense within thirty (30) days after completion of publication or personal service outside the jurisdiction.

Last Modified 2/20/2020    Sup. Ct Form 0005

**Ex. 1**

# SUMMONS

### RETURN OF SERVICE

I hereby certify that:

☐ I personally served the within summons by delivering a copy to _Leslie Quetel, Team Lead_.

☐ I hereby certify that _____ cannot be found nor has any abode in this dis

Dated: _6/16/2026_                    _M Duncan II 68_

Marshal Deputy

Last Modified 2/20/2020                                                    Sup. Ct Form 0005

IN THE SUPERIOR COURT
OF THE VIRGIN ISLANDS

**FILED**
July 01, 2026 08:47 AM
SX-2026-CV-00193
TAMARA CHARLES
CLERK OF THE COURT



**SUMMONS**          STT Dowe

# IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
## District of St. Croix

Jeffrey Rainer Davis,
                    Plaintiff

v.

Delta Airlines, INC.,
                    Defendant.

Case Number: SX-2026-CV-00193

Action: Bad Faith

JUN 2 6 REC'D

TO:    Delta Airlines, Inc., Defendant
Address: Trident Trust Company (VI) Ltd., Resident Agent, Waterfront Center, Suite A, 72 Kronprindsens Gade, Charlotte Amalie VI 00803

Within the time limited by law (see note below) you are hereby required to appear before this Court and answer to a complaint filed against you in this action. In case of your failure to appear or answer, judgment by default will be taken against you as demanded in the complaint.

Witness my hand and the seal of this Court this June 25, 2026

Kendra Penn
Gm

Tamara Charles
Clerk of the Court

BY:_

Lizann De León
Court Clerk L

NOTE: The defendant, if served personally, is required to file his answer or other defense with the Clerk of the Court, and to serve a copy thereof upon the plaintiff's attorney within twenty-one (21) days after service of this summons, excluding the date of the service. The defendant, if served by publication or by personal service outside of the jurisdiction, is required to file his answer or other defense with the Clerk of the Court, and to serve a copy thereof upon the attorney for the plaintiff within thirty (30) days after the completion of the period of publication or personal service outside of the jurisdiction.

# SUMMONS

### RETURN OF SERVICE

I hereby certify that:

☐ I personally served the within subpoena by delivering a copy to _____.

☐ I hereby certify that _____ cannot be found nor has any abode in this district.

Dated: _June 30, 2026_____    _Devaughn Dowe #18_____
                                         Marshal Deputy _11_

*This document was served through Kendra Penn (General manager) on behalf of Delta Airlines Inc. on 6/30/26 at 4:11pm at Trident Trust Company (VI).*





# Notice of Service of Process

null / ALL
**Transmittal Number: 34314470**
**Date Processed: 06/17/2026**

| | |
|---|---|
| **Primary Contact:** | Shannon Shaw<br>Delta Air Lines, Inc<br>1030 Delta Blvd<br>Dept 982<br>Atlanta, GA 30354-1989 |
| **Electronic copy provided to:** | Corena Perla<br>Meg Taylor<br>Victor Ector<br>Andre Lecour<br>Laura Dieudonne<br>Valeria Cometto |

| | |
|---|---|
| **Entity:** | Delta Air Lines, Inc.<br>Entity ID Number  2078129 |
| **Entity Served:** | Delta Air Lines, Inc. |
| **Title of Action:** | Jeffrey Rainer Davis vs. Delta Air Lines, Inc. |
| **Matter Name/ID:** | Jeffrey Rainer Davis vs. Delta Air Lines, Inc. (19440818) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Others |
| **Court/Agency:** | St. Croix Superior Court, VI |
| **Case/Reference No:** | SX-2026-CV-00193 |
| **Jurisdiction Served:** | U.S. Virgin Islands |
| **Date Served on CSC:** | 06/17/2026 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Electronic SOP |
| Sender Information: | Jeffrey Rainer Davis<br>347-308-0077 |

**Notes:**    Passenger removed from plane

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com