**DELTA**

Sign Up    Log in

3

**Legal Notices**

**Terms of Use**

**Booking Policy**

**Privacy and Security**

**Contract of Carriage: U.S.**

**Contract of Carriage: Canada**

**Contract of Carriage: International**

**Imprint**

**Contingency Plan for Lengthy Tarmac Delays**

**AI Terms of Use**

# Imprint

## Delta Air Lines, Inc.

In Germany

Delta Air Lines, Inc.
Terminal 3, Gebäude 600H/005
60549 Frankfurt am Main

Managing Director for Germany: Ms. Heba Brockman
Amtsgericht Frankfurt am Main HRB 42504
Sales tax identification number: DE 114 105 895

Company headquarters

Delta Air Lines, Inc.
1030 Delta Boulevard
Atlanta, GA 30354-1989
United States

Delta Air Lines, Inc. is a stock corporation under US American law and is registered under the number 0654427 in the Company Register of Delaware, USA

Controlling Institution

Luftfahrt-Bundesamt
Hermann-Blenk-Straße 26
38108 Braunschweig

To contact our Customer Service directly for Comment/Complaint and for faster service, please use our **online form**.

**Ex. 4**

Email: **imprint.germany@delta.com**

Feedback


Message Us

# Contingency Plan for Lengthy Tarmac Delays

Try Asking Me A Question

**Popular Topics:**    Help Center    Delta Discover Map    eCredits

---

**About Delta**

About Us

Careers

News Hub

Investor Relations

Business Travel

Travel Agents

Mobile App

Delta Shop

**Customer Service**

Help Center

Message Us

Comment/Complaint

**Site Support**

Login Help

Site Map

Browser Compatibility

Accessibility

Booking Information

**Policies**

Customer Service Plan

Tarmac Delay Plan

Legal

Sustainability

Contract of Carriage

Cookies, Privacy & Security

Combatting Modern Slavery (PDF)

↗ This link opens another site in a new window that may not follow the same accessibility policies as Delta Air Lines.

© 2026 Delta Air Lines, Inc.    |    Travel may be on other airlines.

Terms and conditions apply to all offers and SkyMiles benefits. See specific offer for details, and visit SkyMiles Membership Guide & Program Rules

United States - English          Español



