**IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| JEFFREY RAINER DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. SX-2026-cv-00193 |
| | ) | |
| vs. | ) | ACTION FOR BAD FAITH |
| | ) | |
| DELTA AIR LINES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING NOTICE OF REMOVAL TO THE
DISTRICT COURT OF THE VIRGIN ISLANDS**

**COMES NOW,** Defendant Delta Air Lines, Inc. (hereinafter "Delta"), by and through undersigned counsel, and pursuant to 28 U.S.C. § 1446(d), hereby provides notice to the Superior Court and to all parties that Delta has filed a Notice of Removal of this case in the District Court of the Virgin Islands, Division of St. Croix. A copy of the Notice is attached as **Ex. A** with exhibits.

Respectfully Submitted,

**CSA ASSOCIATES, P.C.**
1138 King Street, Suite 100, Christiansted, VI 00820
TEL: (340) 773-3681

Dated:  July 21, 2026          By:  /s/ Ryan C. Stutzman
                                     Ryan C. Stutzman, Esq. (VI Bar No. R2053)
                                     *Attorney for Delta Air Lines, Inc.*

**Ex. 4**

Page 2

## CERTIFICATE OF SERVICE

I do hereby certify that on July 21, 2026, a true and correct copy of the foregoing document was served via CM/ECF to:

Jeffrey R. Davis
jeffuscg@gmail.com

/s/ Ryan C. Stutzman
Ryan C. Stutzman